**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3771
_____

United States of America,　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　Appellee,　　　　　　　　*
　　　　　　　　　　　　　　　　　*　Appeal from the United States
　　　v.　　　　　　　　　　　　*　District Court for the District
　　　　　　　　　　　　　　　　　*　of Nebraska.
Delmar L. Hill,　　　　　　　　*
　　　　　　　　　　　　　　　　　*　　　[UNPUBLISHED]
　　　　Appellant.　　　　　　　*

_____

Submitted: June 4, 1997
Filed: June 9, 1997
_____

Before BOWMAN, WOLLMAN and BEAM, Circuit Judges.
_____

PER CURIAM.

This case is remanded to the district court with directions to make the ordered restitution obligation joint and several with the similar obligation ordered in United States v. Barry R. Moss, CR. 96-00010-001 (District of Nebraska).

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.